1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES LEWIS BOBO,                          No.  2:16-cv-2339 TLN DB PS

12                  Plaintiff,

13          v.                                    FINDINGS AND RECOMMENDATIONS

14   FRESNO COUNTY DEPENDCY COURT
     AND TRUST FUND,
15

16                  Defendant.

17

18          By order filed August 17, 2017, plaintiff's complaint was dismissed and plaintiff was

19   granted leave to file an amended complaint.  (ECF No. 4.)  Plaintiff was granted thirty days from

20   the date of that order to file an amended complaint.  The thirty-day period has expired, and

21   plaintiff has not responded to the court's order in any manner.

22          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24          These findings and recommendations will be submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14)

26   days after being served with these findings and recommendations, plaintiff may file written

27   objections with the court.  A document containing objections should be titled "Objections to

28   Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

                                                  1

objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 26, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/bobo2339.fta.f&rs

2